APRIL 17, 1950

**No. 54262.**—Stetson Glove Co. *v.* United States, protests 839241–G, 851336–G, 889480–G, 980137–G, and 715700–G.— ▮▮▮▮▮▮▮▮ —C. D. 1217. Plaintiff's application for rehearing denied.

BEFORE THE THIRD DIVISION, APRIL 25, 1950

**No. 54263.**—Batinos Import et al. *v.* United States, protests 141004–K (A), etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54264.**—Charles W. Baum Corp. et al. *v.* United States, protests 146809–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54265.**—Balfour, Guthrie & Co., Ltd., et al. *v.* United States, protests 59686–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54266.**—Air Express Int'l Agency, Inc., et al. *v.* United States, protests 154043–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.